OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE
PITNEY BOWES

02 1R $ 00.26⁵
0002003152    JAN 06 2015
MAILED FROM ZIP CODE 82,619-01

12/23/2014
HINOJOSA, EDWARD        Tr. Ct. No. 1055437-A        WR-82,619-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

EDWARD HINOJOSA

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.